```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

JEFFREY SCOTT CRAIG,              )
                                  )
           Plaintiff,             )
                                  )
     v.                           )     No. 4:07 CV 753 DDN
                                  )
GC SERVICES LTD. PARTNERSHIP,     )
                                  )
           Defendant.             )

## ORDER

**IT IS HEREBY ORDERED** that, on or before August 6, 2007, defendant shall file its consent to jurisdiction of United States Magistrate Judge/District Judge option form.  Failure timely to comply with this order will result in the transfer of this action to a United States District Judge.

                              /S/ David D. Noce
                         **UNITED STATES MAGISTRATE JUDGE**

Signed on July 31, 2007.